## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | |
| **THOMAS JOHN BALLARD** | : | Criminal No. 1:21-MJ-00539-RMM |
| | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the Acting United States Attorney for the District of Columbia, hereby files the attached Exhibit 4 in support of its Motion to Review and Appeal of Release Order (DE 6).

        Respectfully submitted,

        CHANNING D. PHILLIPS
        Acting United States Attorney
        DC Bar No. 415793

By:    /s/ *Robert Juman*
        ROBERT JUMAN
        Assistant United States Attorney
        New Jersey Bar Number 032201993
        United States Attorney's Office
        Detailee – Federal Major Crimes
        555 Fourth Street, N.W.
        Washington, D.C.  20530
        Telephone: (786) 514-9990
        Email: Robert.Juman@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 16th day of August, 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Robert Juman*
ROBERT JUMAN
Assistant United States Attorney
New Jersey Bar Number 032201993
United States Attorney's Office
Detailee – Federal Major Crimes
555 Fourth Street, N.W.
Washington, D.C.   20530
Telephone: (786) 514-9990
Email: Robert.Juman@usdoj.gov
