# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| THOMAS JOHN BALLARD | : | Criminal No. 1:21-MJ-00539-RMM |
| | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the Acting United States Attorney for the District of Columbia, hereby files the attached Exhibits 1D, 1E, 1F, 1I, 2 and 3 in support of its Motion to Review and Appeal of Release Order (DE 6).

    Respectfully submitted,

    CHANNING D. PHILLIPS
    Acting United States Attorney
    DC Bar No. 415793

By:    /s/ *Robert Juman*
    ROBERT JUMAN
    Assistant United States Attorney
    New Jersey Bar Number 032201993
    United States Attorney's Office
    Detailee – Federal Major Crimes
    555 Fourth Street, N.W.
    Washington, D.C.   20530
    Telephone: (786) 514-9990
    Email: Robert.Juman@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 17th day of August, 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Robert Juman*
ROBERT JUMAN
Assistant United States Attorney
New Jersey Bar Number 032201993
United States Attorney's Office
Detailee – Federal Major Crimes
555 Fourth Street, N.W.
Washington, D.C.   20530
Telephone: (786) 514-9990
Email: Robert.Juman@usdoj.gov