January 7
11:08 AM

Edit

The Constitution Actually says you Can legally Overthrow your Government if they Are tyrannical

**GOVERNMENT EXHIBIT**
**2**
4:21-MJ-542-BP
U.S. v. Ballard