

GOVERNMENT
EXHIBIT
3
4:21-MJ-542-BP
U.S. v. Ballard