IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CASE NO. 21-MJ-539 (RMM) |
| § | |
| THOMAS JOHN BALLARD § | |

### DEFENSE POSITION ON PUBLIC RELEASE OF CERTAIN EXHIBITS

COMES NOW, Thomas John Ballard, Defendant, by counsel, does not object to the public release of videos marked as the government's Exhibits 1A, 1B, 1C, 1G, 1H and 5.

Respectfully submitted,

JASON D. HAWKINS
Federal Public Defender
Northern District of Texas

/s/ Andrea G. Aldana
ANDREA G. ALDANA
Assistant Federal Public Defender
Texas State Bar No.: 24111086
819 Taylor St., Room 9A10
Fort Worth, TX 76102
Phone: 817.978.2753
Email: andrea_aldana@fd.org

1